UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE TOURVILLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cv-00373-SMY/SCW |
| ) | |
| MBR MANAGEMENT CORPORATION ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO STAY**

In accordance with SDIL-LR 7.1(c), Defendant MBR Management Corporation ("MBR") submits its Motion for Leave to File Supplemental Authority in support of its Motion to Stay. In support of this Motion, MBR states as follows:

1. MBR filed its Motion to Stay Proceedings on May 9, 2017, requesting that the Court stay these proceedings pending the United States Supreme Court's decision in *Epic Systems Corp. v. Lewis*, No. 16-285 (U.S.), *Ernst & Young v. Morris*, No. 16-300 (U.S.), and *NLRB v. Murphy Oil USA, Inc.*, No. 16-307 (U.S.).

2. MBR's Motion to Stay Proceedings was fully briefed on May 26, 2017, when MBR filed its Reply Brief in support of its Motion to Stay.

3. On July 20, 2017, the Supreme Court announced that it would hear oral argument in *Lewis*, *Morris*, and *Murphy Oil* on October 2, 2017.

4. SDIL-LR 7.1(c) provides that "[i]f a party believes it is necessary to supplement its brief with new authority due to a change in the law or the facts that occurred after the filing of its brief, the party must seek leave of court to file a supplemental brief."

5. MBR seeks to supplement its briefing in support of its Motion to Stay Proceedings to include the fact that oral argument in *Lewis*, *Morris*, and *Murphy Oil* will take place just two months from the date of this filing. This provides further support for MBR's Motion to Stay Proceedings because it indicates that the Supreme Court's decision – which will determine whether Plaintiff Jesse Tourville's agreement to resolve his claims in individual arbitration is enforceable – will be issued in the forthcoming months.

WHEREFORE, Defendant MBR Management Corporation respectfully requests leave to file a letter notice including the above-described supplemental authority.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


*/s/Rodney A. Harrison*
Rodney A. Harrison,
David L. Schenberg, #6220207
Meredith A. Lopez, #6311188
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone: 314.802.3935
Facsimile: 314.802.3936
rodney.harrison@ogletreedeakins.com
david.schenberg@ogletreedeakins.com
meredith.lopez@ogletreedeakins.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2017, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: Jeremiah Frei-Pearson, Todd S. Garber, Chantal Khalil, and C. Ryan Morgan.

                                         */s/ Rodney A. Harrison*

30738055.1