# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE TOURVILLE, for himself and all others similarly situated,  )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>MBR MANAGEMENT CORPORATION,   )<br>)<br>Defendant.   ) | Case No. 17-cv-373-SMY |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal (Doc. 77), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** June 15, 2021

MARGARET M. ROBERTIE,
Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

2021.06.15
14:04:34 -05'00'

**STACI M. YANDLE**
**DISTRICT JUDGE**